The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TERESA and MARK GODFREY,<br><br>Plaintiffs,<br><br>v.<br><br>RAY KLEIN, INC., dba PROFESSIONAL CREDIT SERVICE,<br><br>Defendant. | Case No. 2:18-cv-00470-RSL<br><br>**ORDER** |

The court has considered the Unopposed Motion to Extend Time for Defendant to File Response to Complaint, and the supporting Declaration of Robert E. Sabido. For good cause shown,

IT IS ORDERED:

1. The motion to extend time is GRANTED;

2. The deadline for defendant to file its response to the complaint is extended up to and including April 20, 2018.

DATED: April 10, 2018.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Court Judge

Page 1 - **ORDER**

COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000

4812-1832-9184 v.1