1             The Honorable Robert S. Lasnik

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| TERESA and MARK GODFREY<br><br>    Plaintiff,<br>v.<br><br>RAY KLEIN, INC., dba PROFESSIONAL CREDIT SERVICE<br><br>    Defendant. | Case No. 2:18-cv-00470-RSL<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties that all of plaintiffs' claims against defendant shall be dismissed with prejudice and without attorney's fees or costs to any of the parties.

DATED: January 31, 2019

| | |
|---|---|
| ANDERSON SANTIAGO, PLLC | COSGRAVE VERGEER KESTER LLP |
| */s/ Tyler Santiago*<br>Jason Anderson, WSBA # 38014<br>Tyler Santiago, WSBA # 46004<br>Attorneys for Plaintiffs | */s/ Robert E. Sabido*<br>Robert E. Sabido, WSBA # 29170<br>Timothy J. Fransen, WSBA # 51110<br>Attorneys for Defendant |

Based on the parties' stipulation, it is

///

///

Page 1 - **STIPULATED JUDGMENT OF DISMISSAL**

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

1   ADJUDGED that all of plaintiffs' claims against defendant are dismissed with
2   prejudice and without attorney's fees or costs to any of the parties.
3   DATED: Feb. 5, 2019
4
5
6   _____
    Robert S. Lasnik
7   United States District Court Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Page 2 - **STIPULATED JUDGMENT OF DISMISSAL**

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019